# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. LAMONT BROWN            Docket No. 3:01CR00292(JCH)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**FILED 2008 JUN 23 P 4:31 DISTRICT COURT BRIDGEPORT CONN**

**COMES NOW** Joseph Zampano, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lamont Brown who was sentenced to 60 months' imprisonment for a violation of 21 U.S.C. §§ 841(b)(1)(B) and 846 by the Honorable Janet C. Hall sitting in the Court at Bridgeport on June 3, 2002 who fixed the period of supervision at 5 years which commenced on April 22, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special condition and term as follows: The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer. The defendant shall incur costs associated with such treatment based on his ability to pay as determined by the probation officer.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of Supervised release:

<u>Charge No. 1-Conditions Violated</u>

Standard Condition #1: "The defendant shall not commit another federal, state, or local crime."
Standard Condition #10: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."

On June 2, 2008, Darien Police made an undercover purchase of cocaine, weighing 1.22 grams, from the defendant's brother, Michael Cummings, at Stew Leonard's in Norwalk, Connecticut. This purchase was arranged by the defendant, Lamont Brown. On June 10, 2008, Darien Police purchased 3 bags of cocaine from the defendant (weight unavailable). On June 18, 2008, after selling an additional 3 bags of cocaine to Darien Police, the defendant was arrested and charged with two counts of Possession of Narcotics, three counts of Sale of Certain Illegal Drugs, and one count of Conspiracy to Commit Sale of Certain Illegal Drugs. After the defendant's arrest, Mr. Brown was taken to police headquarters for processing. An additional 6 bags of cocaine, weighing 1.98 grams, and $823 in cash were seized from the defendant. Mr. Brown's bond was later set at $100,000 by the Stamford Superior Court. The defendant's next scheduled Court appearance is July 14, 2008.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue to be lodged as a detainer, tolling the period of Supervised Release so that Lamont Brown may appear in Court at Bridgeport, Connecticut to show cause why his supervised release shall not be revoked.

### ORDER OF COURT

Considered and ordered this 23rd day of June, 2008 and ordered filed and made a part of the records in the above case.

/s/ Janet C. Hall, USDJ
The Honorable Janet C. Hall
United States District Judge

Sworn to By

Joseph Zampano
United States Probation Officer

Place: Bridgeport, Connecticut
Date: June 23rd, 2008

Before me, the Honorable Janet C. Hall United States District Judge, on this ___23___ day of June 2008 at Bridgeport, Connecticut, U.S. Probation Officer Joseph Zampano appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

/s/ Janet C. Hall, USDJ
-----------------------------
The Honorable Janet C. Hall
United States District Judge